MARK D. RAFAILOVICH, Appellant, v. VICTOR J. SUDMAN et al., Respondents. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and grant a new trial.

EMANUEL D. KING, on Behalf of Himself and All other Stockholders of A. G. SPALDING & BROS., INC., Appellant, v. A. G. SPALDING & BROS., INC., et al., Defendants, and CHARLES F. ROBBINS et al., Defendants-Respondents.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of EBLING BREWING CO., INC., Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority of the State of New York, et al., Respondents.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERGDORF GOODMAN CO., INC., Appellant.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to affirm.

DOMUS REALTY CORPORATION, Appellant, v. 3440 REALTY CO., INC., Respondent, et al., Defendants.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion. [179 Misc. 749.]

EDWARD SOSULOFF, Respondent, v. AVENUE B & EAST BROADWAY TRANSIT CO., INC., Appellant.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

440 EAST 17TH STREET CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and direct judgment for the plaintiff, on the authority of M. R. M. Realty Co. v. Title Guarantee and Trust Co. (270 N. Y. 120).